239 So.2d 540

Glenn M. ROBISON

v.

Charley N. GARNETT and The Travelers
Insurance Company.

No. 50840.

Oct. 7, 1970.

Writ refused. The result is correct.

239 So.2d 540

Claud JONES

v.

STATE of Louisiana, CIVIL SERVICE
COMMISSION (Department of
Highways).

No. 50864.

Oct. 7, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.